1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: ED 15-00057M |
| | ) | |
| Plaintiff, | ) | ORDER OF DETENTION PENDING |
| v. | ) | FURTHER REVOCATION |
| | | PROCEEDINGS |
| | | (FED.R. CRIM. P.32.1(a)(6); 18 |
| VICTOR MANUEL VILLALOBOS-ESTRADA, Defendant. | ) | U.S.C. § 3143(a) (1)) |
| | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the  Southern  District of  California  for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1 (a)(6) and 18 U.S.C. § 3143(a) (1), the Court finds that:

A. (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

(x) information in the Pretrial Services Report and Recommendation

(x) information in the violation petition and report(s)

(x) the defendant's nonobjection to detention at this time

(x) other:  Unknown bail resources 

and/or

1 B. (X)     The defendant has not met his/her burden of establishing by clear and

2            convincing evidence that he/she is not likely to pose a danger to the safety

3            of any other person or the community if released under 18 U.S.C. §

4            3142(b) or (c).  This finding is based on the following:

5            (x)  information in the Pretrial Services Report and Recommendation

6            (x)  information in the violation petition and report(s)

7            (x) the defendant's nonobjection to detention at this time

8               ( ) other: _____

10   IT THEREFORE IS ORDERED that the defendant be detained pending the further

11  revocation proceedings.

13  DATED:  February  24, 2015          _____
                                          KENLY KIYA KATO
14                                        UNITED STATES MAGISTRATE JUDGE